1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN BRYANT, | No.  2:21-CV-0060-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| BRIAN KIBLER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for authorization to file a complaint in excess of 95 pages. ECF No. 6. The governing rules of court and of civil procedure do not prohibit filing a complaint exceeding 95 pages. The motion is denied as unnecessary.

IT IS SO ORDERED.

Dated:  January 21, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1