1
2
3
4
5
6
7
8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     KEVIN BRYANT,                                    No.  2:21-cv-00060-TLN-DMC

12                    Plaintiff,

13            v.                                                ORDER

14     BRIAN KIBLER, et al.,

15                    Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. §

18     1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of

19     California local rules.

20            On April 15, 2021, the Magistrate Judge filed findings and recommendations herein which

21     were served on the parties and which contained notice that the parties may file objections within

22     the time specified therein.  (ECF No. 17.)  Timely objections to the findings and

23     recommendations have been filed.

24            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this

25     Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26     Court finds the findings and recommendations to be supported by the record and by proper

27     analysis.

28     ///

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations filed April 15, 2021, ECF No. 17), are adopted in full; and

2.     Plaintiff's motion for injunctive relief, (ECF No. 5), is DENIED.

Dated:  September 17, 2021

Troy L. Nunley
United States District Judge

2