IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN KIBLER, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-0060-TLN-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

　　　　On August 5, 2021, the Court dismissed Plaintiff's complaint and directed him to file a first amended complaint within 30 days. See ECF No. 23. On September 14, 2021, the Court granted Plaintiff a 30-day extension of time to file a first amended complaint. See ECF No. 25. On September 20, 2021, the District Judge issued an order adopting the Court's April 15, 2021, findings and recommendations and denied Plaintiff's motion for injunctive relief. See ECF No. 26. Plaintiff appealed the denial of injunctive relief. See ECF No. 27. On November 18, 2021, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal. See ECF No. 30. The appellate court's mandate issued 21 days thereafter. See id. To date, Plaintiff has neither filed a first amended complaint nor sought additional time to do so.

/ / /

1

To the extent Plaintiff believed the obligation to file a first amended complaint within 30 days of the Court's September 14, 2021, order extending time was relieved during the time his appeal was pending, the Court will sua sponte grant Plaintiff additional time to file a first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time to file a first amended complaint; and

2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated:  December 28, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE