IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN KIBLER, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-0060-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2021, the Court directed Plaintiff to file an amended complaint within 30 days. Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. As of February 11, 2022, Plaintiff had not complied, and the Court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. See ECF No. 32. Plaintiff filed objections on February 28, 2022. See ECF No. 33.

In his objections, Plaintiff states that his failure to file an amended complaint as previously directed was due to a prison lock-down related to a COVID-19 outbreak. See id. Good cause appearing therefor based on Plaintiff's objections, the Court will vacate the February 11, 2022, findings and recommendations and provide Plaintiff additional time to file an amended

1

complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on February 11, 2022, are vacated; and

2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated:  April 22, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE