# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BRYANT,

        Plaintiff,

   v.

BRIAN KIBLER, et al.,

        Defendants.

No. 2:21-CV-0060-TLN-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions, ECF Nos. 35 and 37, for an extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declarations indicating the need for additional time due to repeated staff shortages causing delay in accessing the prison law library, Plaintiff's motions are granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

        IT IS SO ORDERED.

Dated: June 22, 2022

                                      _____
                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE