IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN KIBLER, et al.,<br><br>        Defendants. | No.  2:21-CV-0060-TLN-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

       On March 17, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  To date, no objections to the findings and recommendations have been filed.  Plaintiff did file, however, a letter on May 22, 2023, alleging obstruction by prison officials with meeting deadlines in this case.  The Court construes this letter as a request for additional time to file objections to the March 17, 2023, findings and

/ / /

/ / /

/ / /

/ / /

1

1  recommendations and, so construed, the request will be granted.  Plaintiff may file objections
2  within 30 days of the date of this order.
3             IT IS SO ORDERED.
4  Dated:  June 5, 2023

   _____
   DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE